# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JOHN COLEMAN**                                          **PLAINTIFF**

v.                                    **No. 4:10-cv-2040-DPM**

**CRAIN AUTOMOTIVE HOLDINGS LLC**            **DEFENDANT**

## ORDER

Pursuant to the parties' stipulation, *Document No. 23*, Coleman's complaint, *Document No. 1*, is dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

*18 May 2012*