IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN COLEMAN                                                                    PLAINTIFF

v.                          No. 4:10-cv-2040-DPM

CRAIN AUTOMOTIVE HOLDINGS LLC                               DEFENDANT

JUDGMENT

The Court dismisses Coleman's complaint with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 May 2012